AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-00553-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (name of individual and title, if any) VENDOMATION NZ LTD
was received by me on (date) 8ᵗʰ JUNE 2011

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) GALE STONE, who is designated
by law to accept service of process on behalf of (name of organization) VENDOMATION NZ LTD
91 NORMANBY Rd, KARAKA NZ. on (date) 16ᵗʰ JUNE 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 140.00

I declare under penalty of perjury that this information is true.

Date: 16ᵗʰ JUNE 2011

_____
Server's signature

MR WINSTON GEORGE WEST
Printed name and title

AUCKLAND NZ.
Server's address

Additional information regarding attempted service, etc: